IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WILKIE BERRY, JR.,

       *Plaintiffs*,

vs.

KANSAS STAR CASINO,

       *Defendant.*

Case No. 24-1149-EFM-GEB

**ORDER**

    This matter is before the Court on Magistrate Judge Gwynne E. Birzer's Report and Recommendation (Doc. 5) that the Plaintiff's claims be dismissed for failure to state a cognizable claim under Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. § 1915(e)(2)(B).

    On January 22, 2025 the Report and Recommendation was sent to Plaintiff via regular mail. Plaintiff was instructed to file written objections to this Report and Recommendation within fourteen (14) days after being served. The mailing was not returned as undeliverable and the Plaintiff did not file objections to the Report.

    **IT IS THEREFORE ORDERED** the Court Adopts the Report and Recommendation, Doc. 5, in its entirety and this matter is dismissed for failure to state a cognizable claim.

**IT IS SO ORDERED.**

Dated this 12th day of February, 2025 in Wichita, Kansas.

*/s/ Eric F. Melgren*
ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE